IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

NICK WILLIAM SCHALLER, SR.

                Plaintiff,

  v.                                           ORDER
                                                07-C-575-S

MS. COOK and MS. SCOTT,

                Defendants..
_____

    Plaintiff was only allowed to proceed on his First Amendment claim against Ms. Cook. He moves reconsideration alleging that Ms. Scott interfered with his medications. He will be allowed to proceed on his Eighth Amendment claim against Ms. Scott.

ORDER

    IT IS ORDERED that plaintiff's motion for reconsideration is GRANTED and he is allowed to proceed on his Eighth Amendment claim against defendant Ms. Scott.

    The summons and complaint are being delivered to the United States Marshal for service on defendant Ms. Scott at the New Lisbon Correctional Institution, 2000 Progress Road, New Lisbon, Wisconsin, 53950-2000.

    Entered this 27th day of November, 2007.

                                  BY THE COURT:

                                /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge