# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

DOCKET # 21

JAN 29 2008

NICK WILLIAM SCHALLER,

    **Plaintiff,**

v.

MS. COOK and MS. SCOTT,

    **Defendants**.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-575-jcs

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OR DEFENDANTS AGAINST PLAINTIFF DISMISSING HIS COMPLAINT AND ALL CLAIMS CONTAINED THEREIN WITHOUT PREJUDICE FOR FAILURE TO EXHAUST HIS ADMINISTRATIVE REMEDIES.

Approved as to form this 28th day of January, 2008.

JOHN C. SHABAZ
DISTRICT JUDGE

Theresa M. Owens, Clerk

by Deputy Clerk

JAN 29 2008

Date