IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NICK WILLIAM SCHALLER,

                      Plaintiff,

     v.

JOANN COOK and THERESA SCOTT,

                      Defendants.

ORDER

07-cv-575-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff is proceeding in this case on his claims that defendant Scott interfered with his ability to obtain prescribed medication and that defendant Cook interfered with his outgoing mail at the New Lisbon Correctional Institutional. Dispositive motions are due to be filed no later than June 9, 2008, and trial is scheduled for October 27, 2008, assuming the case is not resolved on dispositive motions.

      Now plaintiff has submitted a second list of itemized damages. As I told plaintiff in an order entered in this case on March 7, 2008, it is unnecessary for him to amend his complaint to include an itemized list of damages. His general request for money damages in the demand for relief set out in his complaint is sufficient to permit him to attempt to prove at a later stage in this lawsuit that he is entitled to the specific amount he seeks.

1

Accordingly, plaintiff's second list of itemized damages will be placed in the court's file but no action will be taken with respect to it.

Also, plaintiff has submitted a number of documents to the court, including documents that appear to be intended as evidence in his case and copies of previous orders entered in this case as well as copies of documents filed by the defendants. As I previously advised plaintiff, he may not store his evidence here. He is to keep evidence in support of his claims in his own possession until he is required to submit it, either in connection with a motion for summary judgment if such a motion is filed, or at trial.

It is perplexing why plaintiff is sending the court copies of orders and other documents that have been sent to him by the court or the defendants. The court already has a copy of these documents in its file of his case. Plaintiff should be maintaining his own record of these filings so that he can refer to them, if necessary, as the case progresses.

Because none of plaintiff's submissions are properly submitted at this time, I am returning them to him with a copy of this order.

ORDER

IT IS ORDERED that plaintiff's second itemized list of damages (Dkt. # 39) will be placed in the court's file but will not be considered, and the documents attached to his

May 1, 2008 letter (Dkt. # 40) are hereby returned to him with a copy of this order.

Entered this 8th day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge