IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NICK WILLIAM SCHALLER,

                                                                  MEMORANDUM

        Plaintiff,

                                                                   07-cv-575-bbc

    v.

JOANN COOK and THERESA SCOTT,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiff has written a series of letters to the court (Dkt. ## 40, 41 and 43), none of which show that plaintiff served a copy on Mary Elizabeth Sheehan, defendants' lawyer.

       In a preliminary pretrial conference order dated October 27, 2006, Magistrate Judge Stephen Crocker advised plaintiff,

> Every letter, motion, brief, exhibit, or other document that you file with the court in this lawsuit must be served on your opponent at the same time. This means that whenever you mail a document to the court, you also must mail a copy of that document to your opponent at the same time. To prove that you did this, you must certify service by including with each submission to the court a sentence at the end of your document, or on a separate piece of paper, in which you swear or certify that you sent a copy through the mail with proper postage to your opponent's lawyer.
>
> There is no acceptable excuse for not serving your documents on your opponent. If you do not serve your documents on your opponent and if you

1

do not certify service, then this court will not look at your documents. There are no exceptions to this policy. If you think you will have trouble making copies, then you should think about this ahead of time and follow the directions in the next section about copying.

Because plaintiff has not heeded the magistrate's judge's direction by showing that he served his letters on defendants' lawyer by mailing copies to her, no consideration will be given to them.

Entered this 23rd day of May, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge