# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

NICK WILLIAM SCHALLER, SR.,

    Plaintiff,

v.

JOANN COOK nad THERESA SCOTT,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-575-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER
_____
Joel Turner, Acting Clerk

/s/ M. Hardin　　　　　　　　　　　　　　　　　　　　_____9/2/08_____
by Deputy Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　Date